IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
CHRIS ANN JAYE,                       )
                                      )
      Plaintiff,                      )
                                      )
v.                                    )   CASE NO. CV420-321
                                      )
WILLIAM BARR, JACOB SHUNCK,           )
C J WILLIAMS, ROBERT KUGLER,          )
BALLARD SPAHR LLP,                    )
SCOTT HARRIS, WILLIAM WALSH,          )
GUBIR S. GREWAL,                      )
JOHN DOES 1-100,                      )
FREDA L. WOLFSON,                     )
MONTY WILKINSON, JACOB SCHUNK,        )
MERRICK GARLAND, JAMES S.             )
LACORTE, HUNTERDON COUNTY             )
CLERK'S OFFICE, MARY MELFI,           )
HUNTERDON COUNTY SHERIFF'S            )
OFFICE, and FREDERICK W.              )
BROWN,                                )
                                      )
      Defendants.                     )
                                      )
```

## O R D E R

Before the Court is the Magistrate Judge's June 7, 2021, Report and Recommendation (Doc. 47), to which Plaintiff has not filed a timely objection. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendants' motions to dismiss (Docs. 10, 36) are **GRANTED** and Plaintiff's complaint is **DISMISSED**. Alternatively, this case is **DISMISSED** for lack of jurisdiction and improper venue. Plaintiff's motions for injunctive relief (Docs. 6, 7) are **DENIED**. Defendants' motion to

strike Plaintiff's Amended Complaint (Doc. 28) is **GRANTED**.[1] The Clerk of Court is **DIRECTED** to **close** this case.

Additionally, the Magistrate Judge recommended the imposition of sanctions and restrictions against Plaintiff. (Doc. 47 at 73-76.) Upon a thorough review of the record and Plaintiff's troubling history of abusive litigation, the Court concurs that the following restrictions are appropriate and shall be **IMPOSED** in this case and all others filed by Plaintiff in this district:

1. The Clerk of Court shall open a miscellaneous file into which all of Plaintiff's future filings shall be collected. The presiding judge shall review the filings. Only those complaints that allege a plausible claim for relief will be approved for filing. All other cases will be dismissed without any further judicial action after thirty (30) days from the date the complaint was received by the Clerk, unless the Court orders otherwise.

2. Although the Court will read and consider any future complaint that Plaintiff endeavors to file, it will not necessarily enter an order addressing that complaint. If no order is forthcoming, then 30 days after the

---

[1] The Magistrate Judge's Report and Recommendation contained a scrivener's error referring to the motion to strike as docket entry 21. (Doc. 47 at 76.)

2

complaint's receipt, the Clerk shall, without awaiting any further direction, notify Plaintiff that the case has been dismissed without prejudice. The Clerk shall not docket any further motions or papers in that case except for a notice of appeal. If a notice of appeal is filed, the Clerk shall forward a copy of the report and recommendation, this order adopting the report and recommendation, the notice of appeal, and the dismissed complaint to the Court of Appeals.

3. To ensure that all of Plaintiff's future pleadings are properly consolidated for review, the Clerk shall personally advise each deputy clerk of the Court's ruling in this case and develop a procedure for ensuring that all of Plaintiff's future complaints are immediately assigned and forwarded to the presiding district judge in this case, regardless of which divisional clerk's office received and docketed the papers.

4. Plaintiff may file a motion to modify or rescind this order no earlier than two years from the date of its entry.

5. These filing restrictions do not apply to any criminal case in which Plaintiff is named as a defendant, or to any proper application for a writ of habeas corpus.

6. A copy of this order shall be forwarded to each judicial officer in this District.

SO ORDERED this 22nd day of June 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA